UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TIM PETERSON, on behalf of himself
And all others similarly situated,

    Plaintiff,

    v.

LEARFIELD COMMUNICATIONS, LLC, SIDEARM SPORTS, LLC, THE UNIVERSITY OF NEBRASKA-LINCOLN, And UNIVERSITY OF NEBRASKA-LINCOLN d/b/a UNL DEPARTMENT OF ATHLETICS,

    Defendants.

_____/

Case No. 8:23-cv-00146-BCB-MDN

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS UNIVERSITY OF NEBRASKA-LINCOLN, AND UNIVERSITY OF NEBRASKA-LINCOLN d/b/a UNL DEPARTMENT OF ATHLETICS (ONLY)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tim Peterson ("Plaintiff") hereby voluntarily dismisses his claim in the above-captioned action, without prejudice, as to Defendants University of Nebraska-Lincoln ("UNL") and University of Nebraska-Lincoln d/b/a UNL Department of Athletics ("UNLA") (collectively "UNL Defendants") only.

Plaintiff will proceed with his claims as to Defendants Learfield Communications, Inc. and Sidearm Sports, LLC.

Dated: August 8, 2023

                                      Respectfully submitted,

                                      */s/ Pamela Car*
                                      Pamela Car #8770
                                      William L. Reinbrecht #20138
                                      **Car & Reinbrecht, P.C., L.L.O.**
                                      2120 S. 72nd Street, Suite 1125
                                      Omaha, NE 68124
                                      Telephone: (402) 391-8484

Email: pacar@cox.net

Mark S. Reich*
Courtney Maccarone*
Gary I. Ishimoto*
**LEVI & KORSINSKY, LLP**
55 Broadway, 4th Floor, Suite 427
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: cmaccarone@zlk.com
Email: gishimoto@zlk.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court on August 8, 2023, using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ Pamela Car
Pamela Car