UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TIM PETERSON, on behalf of himself
And all others similarly situated,

        Case No. 8:23-cv-00146-BCB-MDN

    Plaintiff,

  v.

LEARFIELD COMMUNICATIONS, LLC, SIDEARM SPORTS, LLC, THE UNIVERSITY OF NEBRASKA-LINCOLN, And UNIVERSITY OF NEBRASKA-LINCOLN d/b/a UNL DEPARTMENT OF ATHLETICS,

    Defendants.

_____/

**NOTICE OF CONSTITUTIONAL QUESTION**

To:    Merrick B. Garland
        Attorney General for the United States
        U.S. Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, DC 20530-0001

**PLEASE TAKE NOTICE**, pursuant to Fed. R. Civ. P. 5.1(a)(1)(B), that Defendants Learfield Communications, LLC ("Learfield") and Sidearm Sports, LLC's ("Sidearm") Motion to Dismiss Plaintiff's Class Action Complaint questions the constitutionality of the federal Video Privacy Protection Act, 18 U.S.C. § 2710. Specifically, Learfield and Sidearm argue that the VPPA is an unconstitutional restraint on speech in violation of the First Amendment of the United States Constitution.  A copy of Learfield and Sidearm's Motion to Dismiss is attached hereto, and service will be made upon the United States Attorney General.

4893-7341-6299.1

Dated: August 14, 2023

Respectfully submitted,

<u>/s/ Bonnie Keane DelGobbo</u>
Jarrod D. Reece
Bar Number: 24800
**LIKES MEYERSON HATCH, LLC**
444 Regency Parkway Drive, #100
Omaha, NE 68114
Telephone: 402.506.4604
Fax: 402.506.4610
Jreece@lmhlawfirm.com

Bonnie Keane DelGobbo (*pro hac vice*)
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: 312-416-8185
Fax: 312-416-6201
bdelgobbo@bakerlaw.com

*Attorneys for Defendants Learfield Communications, LLC and Sidearm Sports, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed on August 14, 2023 with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record. I further hereby certify that I served a true and correct copy of the foregoing Notice of Constitutional Question and a true and correct copy of Defendants Learfield Communications, LLC and Sidearm Sports, LLC's Motion to Dismiss Plaintiff's Class Action Complaint via certified mail upon the following:

Merrick B. Garland
Attorney General for the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

/s/ Bonnie Keane DelGobbo