IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIM PETERSON, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEARFIELD COMMUNICATIONS, LLC, SIDEARM SPORTS, LLC, UNIVERSITY OF NEBRASKA-LINCOLN, and UNIVERSITY OF NEBRASKA-LINCOLN,<br><br>Defendants. | 8:23CV146<br><br>ORDER ON NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS UNIVERSITY OF NEBRASKA-LINCOLN AND UNIVERSITY OF NEBRASKA-LINCOLN d/b/a UNL Department of Athletics |

This case is before the Court on Plaintiff's Notice of Voluntary Dismissal as to Defendants University of Nebraska-Lincoln and University of Nebraska-Lincoln d/b/a UNL Department of Athletics (Only). Filing 36. Plaintiff states that he voluntarily dismisses his claims against these defendants. Accordingly,

IT IS ORDERED that Plaintiff's Notice of Voluntary Dismissal as to Defendants University of Nebraska-Lincoln and University of Nebraska-Lincoln d/b/a UNL Department of Athletics (Only), Filing 36, is granted, and Plaintiff's claims against these Defendants only are dismissed.

Dated this 1st day of September, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge