# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

## NOTICE OF APPEAL (Civil)

TIM PETERSON ,

    Plaintiff,

vs.

LEARFIELD COMMUNICATIONS, LLC
and SIDEARM SPORTS, LLC ,

    Defendant.

8:23-cv-146
District Court Case Number

Notice is hereby given that __Plaintiff Tim Peterson__ appeals to the United States Court of Appeals for the Eighth Circuit from the:

☐ Judgment

☒ Order (Specify)
MEMORANDUM AND ORDER ON DEFENDANTS'MOTION TO DISMISS (Dkt. 51)

entered in this action on (Specify date(s)) __December 8, 2023__

s/ _Pamela A Car_
Attorney or Pro Se Party

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have filed or served copies of this notice of appeal upon the United States District Court and all counsel of record.

12/28/23
Date

s/ _Pa Ca Ca_
Attorney or Pro Se Party