**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

_____

TIM PETERSON_____

                      Plaintiff(s),

vs.

LEARFIELD COMMUNICTIONS, INC_____

and SIDEARM SPORTS, LLC_____
                      Defendant(s).

Case No. 8:23-cv-146_____

**REQUEST FOR TRANSCRIPT**
**OR**
**CERTIFICATE OF NO TRANSCRIPT ORDER**

*Complete __EITHER__ Part A or Part B*

------------------- **PART A** -------------------

**TO COURT REPORTER:** _____ Prepare a transcript.[1]

**TO CLERK:** _____ Burn an audio CD of a digitally-recorded hearing before Judge Kopf, Judge Urbom, Judge Gerrard, or a magistrate judge, if available. [2]

**Please prepare a transcript of the proceedings indicated below:**

_____ **Pretrial Proceeding** held on_____

_____ **Plea Hearing** held on_____

_____ **Sentencing** held on_____

_____ **Trial** held on_____
(**NOTE:** Transcript will __not__ include voir dire, opening statements, or closing arguments unless specifically requested):

---

[1]**NOTE:** After the court reporter or transcriber files the official transcript in any civil or criminal proceeding, the parties will have seven business days to file a Notice of Intent to Request Redaction. **See** NEGenR 1.3(c); NECivR 5.3; NECrimR 49.3. **See also** http://www.ned.uscourts.gov/plans-and-policies, "Transcript Redaction Procedure (Revised; Effective May 12, 2008)."

[2]Digital audio files of hearings and trials before Judge Kopf, Judge Urbom, and the magistrate judges may be available over the Internet through the Public Access to Court Electronic Records (PACER) system at https://ecf.ned.uscourts.gov/cgi-bin/ShowIndex.pl.  See Digital Audio Files of Court Proceedings Available Online at http://www.ned.uscourts.gov/email.

____  **Testimony ONLY of Specific Trial Witness(es)**

    Name_____

    Date_____

    Name_____

    Date_____

    Name_____

    Date_____

____  **Other Hearing** held on_____

**Delivery Requested**:

____  Within 30 calendar days ($4.00 per page)

____  Within 14 calendar days ($4.70 per page)

____  Within 7 calendar days ($5.35 per page)

____  Within 3 calendar days ($6.00 per page)

                    s/_____

                    Attorney's Signature/Party Name

                    Address_____

                    City/State_____

                    Date_____

                    I am (indicate one):

                    ____ Retained    ____ FPD
                    ____ CJA         ____ USA
                                    ____ A party to this action

------------------- **PART B** -------------------

### CERTIFICATE OF NO TRANSCRIPT ORDER

By signing below, I certify that no transcript will be ordered.

s/ Pamela Car
Attorney's Signature

Date January 12, 2024

_____

### CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: _____
and I hereby certify that I have mailed by United States Postal Service the document to the the following non CM/ECF participants:_____.

s/ Pamela Car

_____

### COURT REPORTER/TRANSCRIBER ACKNOWLEDGMENT

- Date Order Received _____

- Estimated Completion Time_____

- Estimated Number of Pages_____

_____
Court Reporter/Transcriber

Date_____