# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-3773

_____

Tim Peterson, on Behalf of Himself and All Others Similarly Situated

Plaintiff - Appellant

v.

Learfield Communications, LLC; Sidearm Sports, LLC

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:23-cv-00146-BCB)

_____

## JUDGMENT

The parties have filed a joint stipulation of dismissal. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

March 28, 2024

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans