# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3773

Tim Peterson, on Behalf of Himself and All Others Similarly Situated

Appellant

v.

Learfield Communications, LLC and Sidearm Sports, LLC

Appellees

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:23-cv-00146-BCB)

---

## MANDATE

In accordance with the judgment of March 28, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 28, 2024

Clerk, U.S. Court of Appeals, Eighth Circuit